No. 466. YOUNG, SUCCESSOR TO HARDEE, RECEIVER, *v.* SAME; and

No. 467. FEUCHT ET AL., LIQUIDATING TRUSTEES, *v.* SAME. April 22, 1940. Petition for rehearing denied. MR. JUSTICE MURPHY took no part in the considera on and decision of this application.

No. 595. KERSH LAKE DRAINAGE DISTRICT ET AL. *v.* JOHNSON. April 22, 1940.

No. 720. MEREDITH *v.* CONE ET AL. April 22, 1940.

No. 722. STEWART *v.* PENNSYLVANIA (CITY OF JEANNETTE). April 22, 1940.

No. 761. GULF OIL CORP. *v.* McGOLDRICK, COMPTROLLER OF THE CITY OF NEW YORK. April 22, 1940.